UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

-------------------------------------------------------

**JOE HAND PROMOTIONS, INC.,** as Broadcast Licensee of the **August 26, 2017 Mayweather vs. McGregor** Match,

                Plaintiff,

-against-

CARLOS IGNACIO ACOSTA, Individually, and as officer, director, shareholder, principal, manager and/or member of S.C.E.A. HOLDINGS, LLC, d/b/a FIREWATER CANTINA, a/k/a FIREWATER BAR,

and

S.C.E.A. HOLDINGS, LLC, d/b/a FIREWATER CANTINA, a/k/a FIREWATER BAR,

                Defendants.

-------------------------------------------------------

**ORDER**

Civil Action No.
5:18-CV-01629-WDK-E

Considering the Notice of Voluntary Dismissal by the Parties, it is hereby

**ORDERED** that the Clerk's Office is authorized to close this case.

Dated this 14th day of May, 2019.

                /s/ William D. Keller
                HON. WILLIAM D. KELLER
                UNITED STATES DISTRICT JUDGE